**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

United States Courts
Southern District of Texas
FILED
*August 12, 2026*
Nathan Ochsner, Clerk of Court

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**(1) KWASI MYKHEL JACK,**

and

**(2) JAMIYA BARNETT,**

Defendants.

**Case No. 4:26-cr-519**

# INDICTMENT

**THE GRAND JURY CHARGES THAT:**

## COUNT ONE

**Title 18, United States Code, Sections 1591(a) and 2 –**
**Aiding and Abetting**
**Interference with Commerce by Robbery**

On or about May 1, 2026, in the Houston Division of the Southern District of Texas,

**KWASI MYKHEL JACK**
and
**JAMIYA BARNETT**

defendants herein, aiding and abetting one another, did unlawfully obstruct, delay, and affect interstate commerce and the movement of articles and commodities in

commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951(b)(1) and (b)(3), in that the defendants did unlawfully take and obtain the property of Victim 1, namely a mobile phone, a motor vehicle, and narcotics, which were in the possession and custody of Victim 1 by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

**COUNT TWO**
**Title 18, United States Code, Sections 2119 and 2 –**
**Aiding and Abetting Carjacking**

On or about May 1, 2026, in the Houston Division of the Southern District of Texas,

**KWASI MYKHEL JACK**
and
**JAMIYA BARNETT**

defendants herein, aiding and abetting one another, with the intent to cause death and serious bodily harm, did intentionally take a motor vehicle, namely, a 2013 gray Chevrolet Malibu, that had been transported, shipped, and received in interstate and foreign commerce, from the person and in the presence of another, namely, Victim 1, whose identity is known to the Grand Jury, by force and violence and by intimidation.

In violation of Title 18, United States Code, Sections 2119 and 2.

## **COUNT THREE**

**Title 18, United States Code, Sections 924(c)(1)(A) and 2 –**
**Aiding and Abetting Use, Carry, or Brandish a Firearm**
**During and in Relation to a Crime of Violence**

On or about May 1, 2026, in the Houston Division of the Southern District of Texas,

**KWASI MYKHEL JACK**
and
**JAMIYA BARNETT**

defendants herein, aiding and abetting each other, did knowingly use, carry, and brandish a firearm, namely a handgun, during and in relation to a crime of violence for which they can be prosecuted in a court of the United States, that is Interference with Commerce by Robbery, as charged in Count One of this Indictment, and Carjacking, as charged in Count Two of this Indictment.

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

**NOTICE OF CRIMINAL FORFEITURE**

Pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code 2461(c), the United States gives notice to the defendants that, in the event of a conviction of an offense in violation of Title 18, United States Code, Section 924(c), the following is subject to forfeiture:

(1) Taurus, semi-auto pistol, 9mm, GX2, Serial Number: IBD44901

(2) Smith and Wesson, semi-auto pistol, 9mm, Serial Number: FCU0408.

**A TRUE BILL:**

ORIGINAL SIGNATURE ON FILE

______________________________

**FOREPERSON OF THE GRAND JURY**

**AARON F. REITZ**
**UNITED STATES ATTORNEY**

**BY:** ______________________________
**Andrew C. Sand**
**Assistant United States Attorney**